# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7669 GHK (MRW) | Date | April 26, 2016 |
|---|---|---|---|
| Title | Green v. Brazelton | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**          ORDER TO SHOW CAUSE RE: DISMISSAL

On March 3, the Court lifted the stay in this state habeas action.  (Docket # 24.)  In its Order, the Court gave Petitioner until April 4 to respond to the Attorney General's position that, based on the recent decision in Gilman v. Brown, ___ F.3d ___, 2016 WL 692531 (9th Cir. Feb. 22, 2016), Petitioner is not entitled to relief.  Petitioner has not filed a response.

Therefore, Petitioner is ORDERED to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41.  Petitioner's response to the OSC and his substantive response to the Attorney General's Gilman argument are due on May 26.  Failure to respond to this Order will lead to a recommendation of dismissal.